IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL CASE NO.: 3:14CV-625-R

ANDREW V. BROWN AND	PLAINTIFFS
NANCY L. BROWN

v.	**AGREED ORDER DISMISSING**

COMMUNITY MEDICAL
ASSOCIATES, INC., D/B/A
NORTON VASCULAR
ASSOCIATES, ET AL.	DEFENDANTS

\* \* \* \* \* \*

Upon agreement of Plaintiffs, Andrew V. Brown and Nancy L. Brown, and Defendants Community Medical Associates, Inc., d/b/a Norton Vascular Associates, Community Medical Associates, Inc., d/b/a Norton Immediate Care Centers, and Norton Hospitals, Inc., d/b/a Norton Suburban Hospital, by counsel, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** pursuant to FRCP 41(a)(2), that this action, in its entirety, is dismissed, with prejudice, each party to be responsible for his, her, its, own taxable court costs.

This is a final and appealable Order, there being no just cause for delay.